UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WAYNE JONES, | ) | 1:06-CV-0479 AWI SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DISREGARDING MOTION FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| DEPT. OF CORRECTION'S, et al., | ) | [Doc. #3] |
| | ) | |
| Respondents. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 3, 2006, Petitioner filed a petition for writ of habeas corpus in the United States District Court for the Eastern District of California, Sacramento Division. By order of the Court dated April 24, 2006, the matter was transferred to the Fresno Division and received in this Court.

On April 6, 2006, Petitioner filed a motion for a ninety day extension of time to file a response to the government's motion to dismiss. However, no such motion to dismiss has been filed in this case. In fact, this case is in the initial pleading phase and has yet to be preliminarily reviewed by the Court.

Accordingly, Petitioner's motion is hereby DISREGARDED.

IT IS SO ORDERED.

**Dated:    April 28, 2006**                    **/s/ Sandra M. Snyder**
23ehd0                                           UNITED STATES MAGISTRATE JUDGE