UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WAYNE JONES, | ) | 1:06-CV-0479 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER VACATING FINDINGS AND |
| | ) | RECOMMENDATION OF MAY 26, 2006, |
| v. | ) | THAT HAD RECOMMENDED THE |
| | ) | PETITION BE DISMISSED |
| | ) | [Doc. #9] |
| DEPT. OF CORRECTIONS, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 26, 2006, this Court issued a Findings and Recommendation that recommended the petition be dismissed as successive. The Findings were based on Petitioner's statement that he had sought permission from the Ninth Circuit Court of Appeals to file a successive petition and further based on Petitioner's submission of a copy of an order from the Ninth Circuit denying Petitioner's application to file a second or successive petition. Naturally, this Court assumed that Petitioner sought such application from the Ninth Circuit because he had in fact filed a first petition with the District Court. However, in his objections Petitioner avers that he has never filed a first petition in the District Court. The Court has no idea why Petitioner requested leave from the Ninth Circuit to

1  file a second petition if he has never before filed a first petition. Be that as it may, the Court will

2  proceed under the assumption that this petition is in fact the first petition based on Petitioner's

3  averments.

4        Accordingly, good cause having been presented and good cause appearing therefor, the Court

5  hereby VACATES the Findings and Recommendation of May 26, 2006.

6  IT IS SO ORDERED.

7  **Dated:   July 26, 2006**         /s/ Sandra M. Snyder
   icido3                                        UNITED STATES MAGISTRATE JUDGE