UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WAYNE JONES, | ) | 1:06-CV-00479 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND AND CHANGE |
| v. | ) | NAME OF RESPONDENT |
| | ) | [Doc. #13] |
| ROSANNE CAMPBELL, Warden, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO CHANGE NAME OF RESPONDENT |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 26, 2006, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On August 16, 2006, Petitioner filed a motion to amend the petition. Petitioner requests that Rosanne Campbell, Warden of Mule Creek State Prison, be named as Respondent in this matter.

A petitioner seeking habeas relief must name the state officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir.1996); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. Brittingham v. United States, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

1     Accordingly, Petitioner's motion for leave to amend the petition to name Rosanne Campbell
2 as Respondent in this matter is GRANTED.  The Clerk of Court is DIRECTED to change the name
3 of Respondent to Rosanne Campbell.
4 IT IS SO ORDERED.

5 **Dated:   August 23, 2006**                    **/s/ Sandra M. Snyder**
   icido3                                               UNITED STATES MAGISTRATE JUDGE