1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HAROLD WAYNE JONES, | ) | 1:06-CV-00479 AWI SMS HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #22] |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| ROSANNE CAMPBELL, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO ENTER JUDGMENT |
| _____ | ) | |

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254.

        On December 7, 2006, the Magistrate Judge issued a Findings and Recommendation that

recommended Respondent's motion to dismiss the petition for writ of habeas corpus be GRANTED

and the petition be DISMISSED with prejudice for Petitioner's failure to comply with the one year

limitation period.  This Findings and Recommendation was served on all parties and contained

notice that any objections to the Findings and Recommendation were to be filed within ten (10) court

days of the date of service of the order.  Over ten (10) days have passed and no party has filed

objections.

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de*

2  *novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings

3  and Recommendation is supported by the record and proper analysis.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1. The Findings and Recommendation issued December 7, 2006, is ADOPTED IN FULL;

6    2. Respondent's Motion to Dismiss is GRANTED;

7    3. The Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE; and

8    4. The Clerk of the Court is DIRECTED to enter judgment.

9

10  IT IS SO ORDERED.

11  **Dated:    February 10, 2007**                     **/s/ Anthony W. Ishii**
    0m8i78                                        UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28